UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALVIN WALLS,

    Plaintiff,

v.

CITY OF DETROIT *et al.*

    Defendants.

_____/

Case No. 17-cv-10660
Hon. Matthew F. Leitman

## ORDER (1) GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT (ECF #22) AND (2) DIRECTING PLAINTIFF TO FILE AMENDED COMPLAINT

In this action, Plaintiff Dalvin Walls alleges that the City of Detroit and certain law enforcement officers violated his civil rights when he was taken into custody after witnessing a murder at a Detroit convenience store.

On March 29, 2018, Walls filed a motion to amend his Complaint. (*See* ECF #22.) According to Walls, he received documents during discovery that "indicated that D/Sgt. Bryan Buchan, Det. Moises Jimenez, and D/Tpr. Phillip Duplessis were all involved in his arrest, detention, search and seizure." (*Id.* at Pg. ID 122.) Walls now seeks to amend his Complaint to add these individuals as Defendants. Defendants have not filed a response to Walls' motion.

The Court has reviewed Walls' motion and concludes that granting leave to amend is appropriate in this case. Accordingly, Walls' motion is **GRANTED**.

1

Walls shall file the First Amended Complaint attached to his motion with the Court within 14-days of this order. Defendants shall answer or otherwise respond to the Amended Complaint within the time required by the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 26, 2018

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 26, 2018, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764