UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALVIN WALLS,

    Plaintiff,

v.

CITY OF DETROIT *et al.*

    Defendants.

Case No. 17-cv-10660
Hon. Matthew F. Leitman

_____/

## ORDER (1) GRANTING PLAINTIFF'S COUNSELS' MOTION TO WITHDRAW (ECF #40) AND (2) GRANTING DEFENDANTS' MOTION TO MODIFY THE SCHEDULING ORDER (ECF #41)

On January 10, 2019, David A. Robinson & Associates, P.C., Thomas E. Kuhn, and Thomas E. Kuhn, P.C. filed a motion to withdraw as counsel for Plaintiff Dalvin Walls in this action. (*See* Mot., ECF #40.) In that motion, counsel states that there has been a breakdown in the attorney-client relationship such that counsel cannot continue to represent Plaintiff in this action. (*See id.* at Pg. ID 280.)

The Court has reviewed the motion and concludes that allowing counsel to withdraw is appropriate. Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff's counsels' motion to withdraw as counsel (ECF #40) is **GRANTED**;

2. The Appearances of David A. Robinson and Thomas E. Kuhn as counsel for Plaintiff Dalvin Walls are **TERMINATED**;

1

3. Mr. Robinson shall immediately serve a copy of this Order on Plaintiff by first class mail, and shall e-file proof of that service;

4. Plaintiff shall either (1) have new counsel file an Appearance in this action on his behalf by **not later than 5:00 pm on May 10, 2019**, or (2) file written notice with the Court by that date that Plaintiff will represent himself in this action. If either counsel does not file an appearance on Plaintiff's behalf by May 10, 2019, or Plaintiff does not file written notice by that date that he intends to represent himself, the Court will enter an order dismissing this action without prejudice; and

5. Defendants' motion to modify the scheduling order (ECF #41) is **GRANTED**. All dates are stayed in this action pending Plaintiff's decision to hire new counsel or represent himself. The Court will enter a revised scheduling order after Plaintiff retains new counsel or files written notice that he intends to represent himself in this matter.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: March 22, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 22, 2019, by electronic means and/or ordinary mail.

                                                        s/Holly A. Monda
                                                        Case Manager
                                                        (810) 341-9764