UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DALVIN WALLS,

    Plaintiff,                                         Case No. 17-cv-10660
                                                    Hon. Matthew F. Leitman

v.

CITY OF DETROIT *et al.*

    Defendants.

_____/

## ORDER DISMISSING AMENDED COMPLAINT (ECF #24) WITHOUT PREJUDICE

On March 22, 2019, the Court entered an order allowing the then-attorneys for Plaintiff Dalvin Walls to withdraw as counsel in this action. (*See* Order, ECF #43.) In that order, the Court instructed Walls that, by no later than May 10, 2019, he needed to "either (1) have new counsel file an Appearance in this action on his behalf," or "(2) file written notice with the Court … that he will represent himself in this action." (*Id.* at Pg. ID 298.) The Court then told Walls that "[i]f either counsel [did] not file an appearance on [his] behalf by May 10, 2019, or if [he did] not file written notice by that date that he intend[ed] to represent himself, the Court [would] enter an order dismissing this action without prejudice." (*Id.*) The Court further instructed Walls' then-counsel to serve him with a copy of the order, and counsel filed proof of that service on March 25, 2019. (See ECF #44.)

1

New counsel has not filed on Appearance in this action on Walls' behalf. Nor has Walls filed written notice with the Court that he intends to represent himself. Finally, Walls has not contacted the Court to ask for additional time to respond to the Court's March 22, 2019, order.

Accordingly, because Walls has not complied with the Court's March 22, 2019, order, and because Walls has failed to prosecute this action, **IT IS HEREBY ORDERED** that Walls's Amended Complaint (ECF #24) is **DISMISSED WITHOUT PREJUDICE**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: June 6, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 6, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764